■ REGINALD A. BATTY, as Guardian ad Litem of GARY BATTY, an Infant, Respondent, v. JOHN A. CARACO, Appellant.— Order unanimously reversed, without costs of this appeal to either party, and verdict of the jury reinstated. Memorandum: The infant plaintiff when six years old was struck in a public street by an automobile operated by defendant. The proof upon the trial presented a question of fact that was resolved by the jury in favor of the defendant. A motion was made by plaintiff to set aside the verdict. This was granted in a formal order which recited that the action was taken on the ground that the verdict was " contrary to the weight of the evidence and contrary to law ". The Trial Judge wrote nothing stating his reasons for such action. Indeed, the colloquy between court and counsel when the motion was made indicated that the court inclined to the view that the unanimous verdict should not be disturbed. " If there is conflicting evidence, it is not enough that the court deems the conclusion reached by the jury to be erroneous, or that the court would have come to a different conclusion; for the judgment of the trial court is not to be substituted for that of the jury upon a plain question of fact." (7 Carmody-Wait, New York Practice, § 23, pp. 123–124.) In our opinion the verdict was not against the weight of the evidence. (Appeal by defendant from order of Oneida County Court setting aside the jury verdict of no cause of action and granting a new trial in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

8 MARY S. STOUT, as Executrix of CLYDE A. DICKERSON, Deceased, Respondent, v. HELMA V. JOHNSON, Appellant.— Order unanimously reversed, with $25 costs and disbursements and motion for summary judgment denied, with $10 costs. Memorandum: There are issues of fact in this case that prevent the disposition of the case by summary judgment. A trial is required. (Appeal from order of Erie County Court striking out defendant's answer and directing judgment in favor of plaintiff.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ EDWARD LAMB, Appellant, v. VINCENT M. GAUGHAN et al., Respondents. — Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term granting defendant's motion to serve an amended answer, including counterclaims, with leave to plaintiff to reply.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ EDWARD LAMB, Appellant, v. VINCENT M. GAUGHAN et al., Respondents.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term denying plaintiff's motion to dismiss counterclaim interposed by defendant Vincent Gaughan and denying motion for judgment of foreclosure and sale as against defendant Margaret Gaughan.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ VINCENT M. GAUGHAN, Respondent-Appellant, v. J. HOWARD McGRATH, Respondent-Appellant. EDWARD LAMB, Appellant-Respondent, v. VINCENT M. GAUGHAN et al., Respondents-Appellants.— Order unanimously affirmed, without costs of this appeal to any party. (Cross appeals from order of Erie Special Term granting motion by plaintiff Gaughan in the first action and by defendants Gaughan in the second action for a joint trial of the actions, but denying that portion of their motion which asked for consolidation.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ D. MORDECAI GREENBERG, as Executor of LAURA BISIG, Deceased, Appellant, v. ANNA B. WETZEL, Respondent.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by plaintiff from order of Monroe Special Term denying motion to punish defendant for contempt and granting defendant's cross motion to open the default judgment.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.